UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAPOLEON PEREZ,<br><br>                      Petitioner,<br><br>v.<br><br>SIXTO MARRERO, Warden, Imperial Regional Adult Detention Facility; PATRICK DIVVER, Director, San Diego Immigration and Customs Enforcement Field Office; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; KRISI NOEM, Secretary of the Department of Homeland Security; PAMELA BONDI, Attorney General of the United States,<br><br>                      Respondents. | Case No.: 26-CV-179 TWR (KSC)<br><br>**ORDER (1) REQUIRING RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS, (2) SETTING HEARING, AND (3) DENYING WITHOUT PREJUDICE PETITIONER'S MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>(ECF Nos. 1, 2) |

     Presently before the Court are Petitioner Napoleon Perez's Petition for Writ of Habeas Corpus ("Pet.," ECF No. 1) filed pursuant to 28 U.S.C. § 2241 and *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction ("Mot. for TRO," ECF No. 2). Having reviewed the Petition, the Court concludes that summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are

1  vague or conclusory, palpably incredible, or patently frivolous or false." (citing *Hendricks*
2  *v. Vasquez*, 908 F.2d 490 (9th Cir. 1990))).

3        Accordingly, the Court **ORDERS** Respondents Sixto Marrero, Patrick Divver, Todd
4  M. Lyons, Krisi Noem, and Pamela Bondi, **TO SHOW CAUSE** why the Petition and
5  Motion for Temporary Restraining Order should not be granted by filing a written response
6  no later than 6:00 p.m. PST on Wednesday, January 21, 2026. Petitioner **SHALL SERVE**
7  on Respondents copies of the Petition, the Motion for Temporary Restraining Order, and
8  this Order as soon as practicable and **SHALL FILE** proof of such service no later than
9  noon (12:00 p.m. PST) on Monday, January 19, 2026. The Court also **SETS** an Order to
10 Show Cause Hearing for Thursday, January 22, 2026, at 1:30 p.m. in Courtroom 14A.
11 Finally, because the expedited hearing and briefing schedule that will permit the Court to
12 develop a more fulsome record, the Court **DENIES WITHOUT PREJUDICE**
13 Petitioner's Motion for a Temporary Restraining Order at this time.

14       **IT IS SO ORDERED.**
15 Dated: January 16, 2026

                                                     Honorable Todd W. Robinson
                                                     United States District Judge